IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TREVINO,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>SEARS ROEBUCK, INC. AND DOES<br>1 THROUGH 100, inclusive,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-0543-LJO- NEW<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On June 1, 2007, Plaintiff's counsel filed a Notice of Settlement (Doc. 32). The minutes of the docket text for that document notes that filing a stipulation of dismissal was due by June 25, 2007. In the Notice of Settlement, however, counsel indicated that a Notice of Dismissal will be filed with this Court within 30 days of that notice.

Both the June 25, 2007 and July 1, 2007 deadlines have now passed and counsel has failed to submit a stipulation for dismissal. Plaintiff's counsel was previously sanctioned $1500 in this case on May 4, 2007 for failure to prosecute (Doc. 29). In that order, this Court admonished Plaintiff and Plaintiff's counsel to comply with all deadlines in this case and noticed that "[f]ailure to do so will result in further sanctions, including the probability of dismissal." Order Denying Motion to Dismiss; Order Granting Sanctions, p.5 n.2 (May 5, 2007). **Plaintiff's counsel is ORDERED to SHOW CAUSE why this action should not be dismissed**. Counsel must file such show of cause with the Court no later than NOON on July 12, 2007.

IT IS SO ORDERED.

**Dated:     July 5, 2007**　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE