IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TREVINO,<br><br>            Plaintiffs,<br>     vs.<br><br>SEARS ROEBUCK, INC. AND DOES<br>1 THROUGH 100, inclusive,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 06-0543-LJO- NEW<br><br>**ORDER SETTING MANDATORY STATUS CONFERENCE** |

On June 7, 2007, this Court issued an Order to Show Cause why this case should not be dismissed (Doc. 33) based on Plaintiff's counsel's failure to file a stipulation of dismissal following the Notice of Settlement (Doc. 32). Plaintiff's counsel was previously sanctioned $1500 in this case on May 4, 2007 for failure to prosecute (Doc. 29). In that order, this Court admonished Plaintiff and Plaintiff's counsel to comply with all deadlines in this case and noticed that "[f]ailure to do so will result in further sanctions, including the probability of dismissal." Order Denying Motion to Dismiss; Order Granting Sanctions, p.5 n.2 (May 5, 2007). In response to the Order to Show Cause, Plaintiff's counsel, Mr. Juan Falcon, responded with the following: "There is no legal cause why the case should not be dismissed." Declaration Re Order to Show Cause for Dismissal, ¶ 3 (July 12, 2007). It now appears that Defense Counsel objects to the dismissal. Having read and reviewed all filed documents, the Court orders as follows: **Counsel are ORDERED to appear for a status conference Wednesday, July 25, 2007 at 9:00 a.m. in Courtroom 4 (LJO).**

IT IS SO ORDERED.

**Dated:   July 13, 2007**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE