# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TREVINO,<br><br>        Plaintiffs,<br>vs.<br>SEARS ROEBUCK, INC. AND DOES 1 THROUGH 100, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 06-0543-LJO- NEW<br><br>**ORDER VACATING STATUS CONFERENCE AND SETTING DISMISSAL WITHIN 10 DAYS** |

Counsel for defendant has received a check from plaintiff's counsel for the amount of sanctions awarded by this Court. Accordingly, the Court VACATES the August 3, 2007 status conference. Unless defense counsel informs the Court that the sanctions check did not "clear," the Court will dismiss this action with prejudice on or after August 15, 2007.

IT IS SO ORDERED.

**Dated:   August 2, 2007**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE