**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA TREVINO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SEARS ROEBUCK, INC. AND DOES<br>1 THROUGH 100, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 06-0543-LJO- NEW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE; ORDER TO CLOSE CASE** |

On August 2, 2007, this Court vacated the August , 2007 status conference, because Defense counsel indicated that they had received the sanctions check from Plaintiff's counsel. This Court issued an order that "unless defense counsel informs the Court that the sanctions check did not 'clear,' the Court will dismiss this action with prejudice on or after August 15, 2007." (Doc. 38). Defense counsel has not informed the Court of any reason why this action should not be dismissed. Accordingly, it is ORDERED:

   I.   This case is DISMISSED with prejudice; and

   II.  The clerk is directed to CLOSE this case.

   IT IS SO ORDERED.

**Dated:   August 16, 2007**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1